**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALFREDO BARAJAS ZARAGOZA,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02192-DB** |
| **MARKWAYNE MULLIN**, *Secretary of the United States Department of Homeland Security*, *et al.*<br>**Respondents.** | §<br>§<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court considered the above captioned case. On August 24, 2026, Alfredo Barajas Zaragoza ("Petitioner") filed an "Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Emergency Motion for Temporary Restraining Order and Stay of Removal," ECF No. 1. On August 24, 2026, this Court ordered a response to the Petition, and that Respondents "**SHALL NOT** (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed." ECF No. 2 at 3.

On August 25, 2026, Petitioner filed an "Emergency Notice of Removal in Violation of the Statutory Stay and Motion to Enforce the Court's August 24, 2026, Order, for an Order Directing Petitioner's Return, for an Order to Show Cause Why Respondents Should Not be Held in Civil Contempt, for Expedited Discovery, and for Preservation of Evidence," ECF No. 3. Petitioner advised he was removed from the United States and argued it was in violation of this Court's stay order, and statutory regulations given he has a pending motion to reopen before the Board of Immigration Appeals. *Id.* at 6-8.

On August 27, 2026, Respondents filed a "Response to Order," ECF No. 4, asserting this Court's order, ECF No. 4, was entered after Petitioner had already been removed. *Id.* at 1. However, "Respondents further acknowledge that, notwithstanding the timing of the Court's August 24 Order, Petitioner's removal was not proper because a stay of removal was in effect at the time of his removal." *Id.* at 2. Further,

> Respondents have begun taking steps to address the situation. ICE has been contacted regarding Petitioner's return to the United States, and Respondents will work with the appropriate immigration authorities to facilitate Petitioner's return pending adjudication of the Motion to Reopen. Respondents will continue to take appropriate steps to effectuate Petitioner's return and will advise the Court of developments concerning that effort.

*Id.*

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHALL FILE** a written status report within seventy-two (72) hours of the instant order and every seventy-two (72) hours thereafter until Petitioner's return is accomplished, describing the specific steps taken and the anticipated timeline.[1]

**IT IS FURTHER ORDERED** that once Petitioner has been returned to the United States, Respondents **SHALL SHOW CAUSE** why Petitioner's writ, ECF No. 1, should not be granted by filing a response within three (3) days of Respondents' notice to the Court that Petitioner has been returned.

---

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**IT IS FINALLY ORDERED** that should Petitioner wish to file a reply, Petitioner **SHALL FILE** a reply within three (3) days of Respondents' response.

**SIGNED** this **28th** day of **August 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**