**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALFREDO BARAJAS ZARAGOZA,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02192-DB** |
| **MARKWAYNE MULLIN**, *Secretary of the United States Department of Homeland Security*, *et al.*<br>**Respondents.** | §<br>§<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court considered "Petitioner's Response to Respondents' Status Report and Motion for an Order Directing Respondents to Arrange and Fund Petitioner's Transportation to the Port of Entry" ("Motion"), ECF No. 7. After due consideration, the Court orders Respondents to file an expedited response no later than September 4, 2026. Unless Respondents show good cause, the Court is prepared to grant Petitioner compensation and/or attorney's fees under these circumstances. *See e.g.*, Order Granting Motion for Sanctions, *Garcia v. Wamsley*, No. 25-CV-02092-TMC (W.D. Wash. 2026), Dkt. 47.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHALL FILE** a response to Petitioner's Motion **no later than September 4, 2026**.[1]

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner **SHALL FILE** a reply **no later than September 9, 2026.**

**SIGNED** this **2nd** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**